ORDER
Petitioner filed a petition for rehearing and rehearing en banc.
A member of the Court requested a poll on the petition for rehearing en banc. Judge Gregory voted to grant rehearing en banc. Chief Judge Trailer, and Judges Wilkinson, Niemeyer, Motz, King, Shedd, Duncan, Agee, Davis, Keenan, and Wynn voted to deny rehearing en banc. Judge Michael did not participate in the vote.
The petition for rehearing is denied, and, because the poll on rehearing en banc failed to produce a majority of judges in active service in favor of rehearing en banc, the petition for rehearing en banc is also denied. Judge Gregory wrote an opinion dissenting from the denial of rehearing and rehearing en banc.
Entered at the direction of Judge Niemeyer for the Court.